

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Cora Sue Sanchez, individually and as representative of the Estate of Anthony Tony Sanchez, deceased, Jennifer Pasowicz, and Julie Marie Sanchez,

\* From the County Court at Law of Ector County, Trial Court No. 21791-14-A.

Vs. No. 11-19-00392-CV

\* October 28, 2021

Roberts Truck Center of Texas, LLC and Roberts Truck Center Holding Company, LLC,

\* Memorandum Opinion by Williams, J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the trial court's November 18, 2019 judgment, and we render judgment vacating the trial court's May 2, 2017 take-nothing summary judgment. The costs incurred by reason of this appeal are taxed against Appellants, who originally filed this matter in the county court at law.